ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 2 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN B. HARRIS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1806-M |
| | § | |
| FOI/PA BRANCH, CIVIL RIGHTS | § | |
| DIVISION, U.S. DEPARTMENT | § | |
| OF JUSTICE, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendant's Motion to Dismiss or Motion for Summary Judgment. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant's Motion for Summary Judgment is GRANTED, and the complaint is DISMISSED without prejudice.

SO ORDERED this 12th day of October, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE